# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Paul Pilger, | Case No.: 2:18-cv-00854-JAD-PAL |
| Plaintiff | |
| v. | **Order re: letters** |
| Donald Mosley, et al., | |
| Defendants | |

Since the Court entered judgment in this case on March 1, 2019,[1] Plaintiff Paul Pilger has mailed several letters to the presiding judge and Chief Judge Navarro.[2] Mr. Pilger is advised that the Court does not correspond with litigants. As this district's local rule IA 7-1 explains, attorneys and pro se parties "must not send case-related correspondence, such as letters, emails, or facsimiles, to the court. All communications with the court must be styled as a motion, stipulation, or notice, and must be filed in the court's docket and served on all other attorneys and pro se parties. The court may strike any case-related correspondence filed in the court's docket that is not styled as a motion, stipulation, or notice." Mr. Pilger is hereby respectfully notified that the Court will take no action in response to his letters. Any request for relief related to this case must be styled as a proper motion in the format required by the local rules.[3] Further correspondence in this case will be disregarded.

Dated: May 21, 2019

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 27.
[2] ECF Nos. 30, 33, 34.
[3] *See* LRs 7-2, 7-3, and LR IA 7-1.